UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MUFG UNION BANK NATIONAL TRUST, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-03161-HSG<br><br>**ORDER TERMINATING CASE**<br><br>Re: Dkt. No. 15 |

On September 17, 2015, Plaintiff filed a motion to dismiss this action without prejudice. Dkt. No. 15.  Since Defendants have not yet answered the complaint or filed a motion for summary judgment, the Court construes Plaintiff's filing as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Accordingly, the Clerk shall close the file and terminate all pending motions.

**IT IS SO ORDERED.**

Dated: September 25, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge